FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 1 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF(S)

v.

Kin Chung Tse

DEFENDANT(S).

CASE NUMBER

SA 08-515 M

## ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES
## 18 USC §3006A(f)

On _____ 9/11/08 _____ *mat with* ~~defendant~~

☒ submitted a financial affidavit in support of defendant's request for appointment of counsel without payment of fees. After review of the affidavit, the court finds that the defendant has the present ability to make a contribution towards his/her attorney's fees.

☐ did not submit a financial affidavit, but appeared without counsel.

Subject to this order of contribution, the Court hereby appoints _____ *Randolph Driggs / IDP* _____ as counsel for the ~~defendant~~ *mat witness*

☐ until further notice.

☒ for ~~these~~ *CDC-4* proceedings only.

The defendant is ordered to pay towards attorney's fees in accordance with the schedule of payments set forth below:

☒ A total sum of $ _____ 150 _____
  ☒ due not later than _____ 10/1/08 _____
  ☐ due in monthly payments of $ _____ beginning _____ .

☐ Monthly payments of $ _____ to commence on _____ and to continue until final disposition of this case.

☐ Other _____

All cashier's checks and/or money orders must be made payable to: **CLERK, U.S. DISTRICT COURT** and mailed to: United States District Court, Central District of California, 312 N. Spring Street, Room G-8, Los Angeles, California 90012, Attn: Fiscal Section. Your name and case number must be included on the cashier's check or money order.

This order is subject to reconsideration by the Court. The *mat wit* ~~defendant~~ is advised that he/she may be required, based upon his/her then present ability, to contribute a greater or lesser amount of money for attorney's fees upon reconsideration by the Court.

_____ 9/11/08 _____
Dated

**ROBERT N. BLOCK**

_____
United States District Judge / Magistrate Judge

cc: *Clerk's Office, Fiscal Section*
    CJA
    FPD
    PSA